FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAY 15 D 2:55

\_\_\_\_ FILED    \_\_\_\_ ENTERED
\_\_\_\_ LOGGED  \_\_\_\_ RECEIVED

MAY 17 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Sterling Acceptance Corporation, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: H01 CV 2921 |
| Tommark, Inc., d/b/a, Sterling Associates | : | |
| Defendant. | : | |

**DEFENDANT TOMMARK, INC.'S**
**MOTION FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(c)**

Pursuant to Fed. R. Civ. P. 26(c), Defendant Tommark, Inc. ("Defendant"), by its attorneys, hereby moves for an Order entering the proposed Protective Order (attached hereto as Exhibit A) to govern the treatment of confidential commercial information during this case. Defendant's Certification of Counsel pursuant to Fed. R. Civ. P. 26(c) is attached hereto as Exhibit B.

As grounds therefore, and as more fully explained in the Memorandum in Support of this Motion attached hereto, Defendant states as follows:

1.  On January 23, 2002, Plaintiff served upon Defendant its First Set of Interrogatories and First Request for Production of Documents.

2.  On February 25, 2002, Defendant served upon Plaintiff its Objections and Responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents. As part of its Objections and Responses, Defendant objected to the production of its confidential business and proprietary information and/or documents before entry of a suitable protective order.

9022227v1

*[Handwritten margin annotation: Motion GRANTED this 17th day of May, 2002. /s/ Alexander Harvey II, Senior United States District Judge]*