


ORIGINAL
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAY 15  P 3: 54

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Sterling Acceptance Corporation,       :
          Plaintiff,       :
          v.       :       Civil Action No.: H01 CV 2921
Tommark, Inc., d/b/a,       :
Sterling Associates       :
          Defendant.       :

## MOTION FOR ADMISSION *PRO HAC VICE*

I, John P. Moran, am a member in good standing of the bar of this Court. My bar number is 12860. I am moving for admission of Matthew A. Pater to appear *pro hac vice* in this case as counsel for Defendant Tommark, Inc., d/b/a Sterling Associates.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
| --- | --- |
| Commonwealth of Virginia | October 1997 |
| District of Columbia | February 2001 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

9022464v1



4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. The $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| John P. Moran | Matthew A. Pater |
| Swidler Berlin Shereff, Friedman, LLP | Swidler Berlin Shereff Friedman, LLP |
| 3000 K Street, N.W. | 3000 K Street, N.W. |
| Suite 300 | Suite 300 |
| Washington, D.C. 20007-5116 | Washington, D.C. 20007-5116 |
| (202) 339-8955 | (202) 424-7727 |
| (202) 295-8478 | (202) 295-8478 |

Prid 287244
Plid 5718

\*    \*    \*

## ORDER

☑ GRANTED          ☐ DENIED

May 22, 2002                    *[signature]* Alexander Harvey
Date                             United States District Judge

2

9022464v1

**CERTIFICATE OF SERVICE**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

I hereby certify that the foregoing DEFENDANT TOMMARK, INC.'S MOTION FOR ADMISSION *PRO HAC VICE* was served via facsimile and Federal Express, this 15th day of May, 2002, upon the following:

2002 MAY 30 P 3:54

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

Jun Y. Lee, Esq.
ROSENBERG, KLEIN & LEE
3458 Ellicott Center Drive
Suite 101
Ellicott City, Maryland 21043
(410) 465-6678
Attorneys for Plaintiff

_____
Matthew A. Pater