FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL -1  A 10: 49

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARLYAND

| | | |
|---|---|---|
| Sterling Acceptance Corporation, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: H01 CV 2921 |
| Tommark, Inc., d/b/a, Sterling Associates | : | |
| Defendant. | : | |

## ORDER

The Court, for good cause, and upon the join request of the parties as evidenced by the signature of their respective counsel on the Stipulated Motion, hereby grants the Stipulated Motion for Leave for Defendant Tommark, Inc. to Amend the Answer.

Dated: July 1, 2002.

_____
Honorable Alexander Harvey, II
Senior United States District Judge

9024036v1